IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARVEL JONES,

Plaintiff,

vs.

NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, Each individual is sued in his and her individual and official capacities; et al.,

Defendants.

8:26CV253

MEMORANDUM AND ORDER

Plaintiff, a non-prisoner,[1] submitted an "affidavit in support of application to proceed in forma pauperis," Filing No. 2 (capitalization omitted), with his Complaint, Filing No. 1, on June 2, 2026. However, his request to proceed IFP does not comply with the terms of 28 U.S.C. § 1915, the statute authorizing proceedings in forma pauperis, as it does not include a statement of his assets and also indicates he *has* income, cash, and funds to pay the filing fees. *See* 28 U.S.C. § 1915(a)(1) (requiring the plaintiff to submit "an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor"). Plaintiff has the choice of either submitting the $405.00 filing and administrative fees to the Clerk's office or submitting a request to proceed in forma pauperis that complies

---

[1] Plaintiff's Complaint, Filing No. 1, indicates he is civilly committed to the Norfolk Regional Center. Thus, Plaintiff is not a "prisoner" within the meaning of the PLRA. *See Reed v. Clarke*, No. 4:04CV3168, 2005 WL 1075092, at *1 n.1 (D. Neb. May 5, 2005) ("The plaintiff is presently in the Lincoln Regional Center pursuant to a mental health commitment. The Prison Litigation Reform Act ('PLRA') does not apply to persons in custody pursuant to the Mental Health Commitment Act, as the definition of 'prisoner' in the PLRA does not include a person involuntarily committed for reasons of mental health.") (citing *Kolocotronis v. Morgan*, 247 F.3d 726, 728 (8th Cir.2001)).

with 28 U.S.C. § 1915.  Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's motion to proceed in forma pauperis, Filing No. 2, is denied without prejudice to reassertion in a motion to procced IFP that complies with 28 U.S.C. § 1915.

2.      Plaintiff is directed to submit the $405.00 fees to the Clerk's office or submit a request to proceed in forma pauperis within 30 days.  Failure to take either action will result in dismissal of this matter without further notice.

3.      The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

4.      The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **July 13, 2026**: Check for MIFP or payment.

Dated this 12th day of June, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2